1. MALINKA MOYE
   40. 42. PARSON STREET
2. SAN FRANCISCO CALIFORNIA 94118
   1415-608-1518
3. IN PER PRO

4.

5.

6.

7.

8.             UNITED STATES DISTRICT COURT

9.             NORTHERN DISTRICT OF CALIFORNIA

10.                                                        CV 08      2053

11. MALINKA MOYE.                    )        CASE NO.
                    Plaintiff,       )
12.                                  )
                                     )
13.     vs.                          )
                                     )        COMPLAINT
14. LA DONNA REWA DUNCAN             )
                    Defendant,       )
15.                                  )
                                     )        DATE:
16.          .                       )        TIME:
                                     )        COURTROOM:
17..                                 )
                                     )
18._____ )

19.

20.        Plaintiff MALINKA MOYE alleges:

21.        1. Plaintiff is & was at all times mentioned herein a citizen of the State of California.

22.        2. JURISDICTIONAL ALLEGATION, RACKETERING INFLUENCED CORRUPT ORGANIZATION.

23. CHILD ABUSE ACT OF 1990 U.S. CODE 13032. PERJURY ACT. CALIFORNIA PENAL CODE SEC 118.

24. CALIFORNIA WELFARE & INSTITUTION CODE 18950 et Seq. LA DONNA REWA DUNCAN isn't a corporation

25. incorporated under the laws of the State of California having its principal place of business in the state of California.

26. LA DONNA REWA DUNCAN is not a corporation incorparted under the laws of the State of California having its

27. principal place of business in the State of California.

28.

1. UNITED STATES DISTRICT COURT

2. NORTHERN DISTRICT OF CALIFRONIA

3.

4. The jurisdiction of this Court over the subject matter of this action is predicated on 28 USC 1332.

5. The amount in controversy exceeds $75,000.00, exclusive of interest & costs.

6. 3. All defendants reside in this district.

7. 4. CHILD ABUSE ACT OF 1990 U.S. CODE 13032. RICO ACT. PERJRUY ACT. CALIFORNIA PEN

8. PENAL COPDE SEC 118 et Seq. CALIFORNIA WELFARE & INSTITUTION CODE 18950 et Seq.

9. 5. WHEREFORE, Plaintiff prays for judgement against defendants. LA DONNA REWA DUNCAN

10. as follows: Damages in the sum of $ 750,000.00

11.

12.

13.

14.

15.

16.

17.

18. DATED: April 18, 2008                              _____
                                                                           MALINKA MOYE.
19.

20.

21.

22.

23.

24.

25.

26.

27.