1. MALINKA MOYE
   40. 42 PARSONS STREET
2. SAN FRANCISCO CALIFORNIA 94118
   1415-608-1518
3. IN PER PRO.

4.

5.

6.  UNITED STATES DISTRICT COURT

7.  NORTHERN DISTRICT OF CALIFORNIA

8.

9.                                                              CV 08    2053

10.                                                     CASE NO.

11. MALINKA MOYE.                    )   NOTICE OF MOTION AND ADMIN-
              Plaintiff,              )   ISTRATIVE MOTION TO CONSIDER
12.                                   )   WHETHER CASES SHOULD BE REL-
                                      )   LATED PURSUANT TO CIVIL L.R.
13.     vs.                           )   7-11. JUDGMENT. ATTORNEY
                                      )   GENERAL TO FILE CHARGES
14. LA DONNA REWA DUNCAN.             )   MEMORANDUM OF POINTS &
              Defendant,              )   AUTHORITIES. DECLARATION.
15.                                   )
                                      )   DATE:
16. _____)   TIME:
                                          COURTROOM:

17.     TO DEFENDANT AND ITS ATTORNEYS OF RECORD: LA DONNA REWA DUNCAN

18.     NOTICE IS HEREBY GIVEN that on          , AT 9:00am, or as soon as thereafter as counsel

19. may be heard by the above entitled Court, located at 450 Golden Gate in the court room of Judge _____, plaintiff

20. will and hereby does move the court for judgement. Attorney General to file criminal charges against defendant.

21.   This motion is brought on the following grounds. CHILD CONCEALMENT. PERJURY. RICO ACT. CONSPIRACY

22.   Defendant lied to court and made false police report. Defendant conspired to sale family's home and conceal child.

23.   Lied under oath from 2001- present. Made false allegations of domestic violence. Plaintiff informed Department of Justice

24. of defendants involvement with CGC-05-445998.

25.    This motion is based on this Notice of motion & administrative motion to consider related cases pursuant to L.R. 7-11

26. FTP-01-043718. FDV-03-80002. FDV-03-80011. FDV-03-80012. FDV-03-80013 memorandum of points and authorities

27. declaration of Malinka Moye, pleadings & papers on file herein, & upon such other matters as may be presented

28. to court at time of hearing                                                                                      1.

1.                                       UNITED STATES DISTRICT COURT

2.                                       NORTHERN DISTRICT OF CALIFORNIA

3.

4.

5.                                   MEMMORANDUM OF POINTS AND AUTHORITIES

6.

7.

8.                                     CHILD ABUSE ACT OF 1990 U.S. CODE 13032

9.                            CALIFORNIA WELFARE & INSTITUTION CODE 18950 et Seq.

10.                                     PERJURY ACT

11.                            CALIFIORIA PENAL CODE SECTION 118 et. Seq.

12.                                       RICO ACT

13.

14.                                          DECLARATION

15.       I Malinka Moye plaintiff in the above-entitled actions. Declare that the foregoing is true and correct to the best of

16. my knowledge under the law of the State of California.

17.

18.

19.

20.

21.

22.

23. DATED: APRIL 17, 2008                                  _____

                                                                                MALINKA MOYE.

24.

25.

26.

27.

28.                                                                                                                2.