RECEIVED
2008 APR 17 P 4: 13
RICHARD W. WIEKING, CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.

[Clear Form]

FILED
APR 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WHA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CV 08 2053

M. Wofel,
  Plaintiff,

vs.

Donna Reon Doxcer,
  Defendant.

CASE NO. _____

**APPLICATION TO PROCEED IN FORMA PAUPERIS**
(Non-prisoner cases only)

I, __M. Wofel__, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?      Yes _X_  No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: __Hague-Minjowy__      Net: __750,000.00__

Employer: __Free Agent Athlete. Political Fundraise Lobby__

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1. children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)
2. Christopher Peter Moye  6
3. 
4. 5. Do you own or are you buying a home?    Yes ___   No _X_
5. Estimated Market Value: $ N/A    Amount of Mortgage: $ N/A
6. 6. Do you own an automobile?    Yes _X_   No ___
7. Make Chevy    Year 1984    Model Vette
8. Is it financed? Yes ___   No _X_   If so, Total due: $ ___
9. Monthly Payment: $ N/A
10. 7. Do you have a bank account? Yes _X_ No ___ (Do not include account numbers.)
11. Name(s) and address(es) of bank:
12. Washington Mutual
13. Present balance(s): $ 0.00
14. Do you own any cash? Yes ___  No _X_  Amount: $ ___
15. Do you have any other assets? (If "yes," provide a description of each asset and its estimated
16. market value.)    Yes ___   No _X_
17. 
18. 8. What are your monthly expenses?
19. Rent: $ 0    Utilities: 0
20. Food: $ 300.00    Clothing: 0
21. Charge Accounts:
22. **Name of Account**    **Monthly Payment**    **Total Owed on This Account**
23. N/A    $ ___    $ ___
24.         $ ___    $ ___
25.         $ ___    $ ___
26. 9. Do you have any other debts? (List current obligations, indicating amounts and to whom
27. they are payable. Do not include account numbers.)
28. 

- 3 -

1  U.S. Dpt of Education

2  10.   Does the complaint which you are seeking to file raise claims that have been presented in
3  other lawsuits?   Yes X   No ___
4  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5  which they were filed.
6  448620    434297    447164    450461
7  445991    453676    445235    450502
8  I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9  false statement herein may result in the dismissal of my claims.

10
11  4/17/08                              M. Uhfd
12      DATE                          SIGNATURE OF APPLICANT

- 4 -