**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MALINKA MOYE,

    Plaintiff,

  v.

LA DONNA REWA DUNCAN,

    Defendant.

No. C 08-02053 WHA

**ORDER OF REFERRAL**

Upon review, this action appears to concern the same parties, transactions and events as *Moye v. Collins et al.*, Case No. C 08-2051 PJH. Pursuant to Civil Local Rule 3-12(c), the Court refers this matter to Judge Phyllis Hamilton for the purpose of determining whether it is related as defined in Civil Local Rule 3-12(a).

**IT IS SO ORDERED.**

Dated: April 29, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MALINKA MOYE,

        Plaintiff,

  v.

LA DONNA REWA DUNCAN et al,

        Defendant.
_____/

Case Number: CV08-02053 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 30, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Malinka Moye
40. 42. Parson Street
San Francisco, CA 94118

Dated: April 30, 2008

                                    Richard W. Wieking, Clerk
                                    By: Dawn Toland, Deputy Clerk