IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MALINKA MOYE,                                             No. C 08-02053 WHA

    Plaintiff,

  v.                                                                    **ORDER OF DISMISSAL**

LA DONNA REWA DUNCAN,

    Defendant.
                                            /

      Plaintiff Malinka Moye filed this action on April 21, 2008, along with many others in this district. Several of these actions have already been dismissed, including one assigned to the undersigned. Moye's complaint is void of any lucid sentence and is entirely incomprehensible. Accordingly, plaintiff's "action" is **DISMISSED** with twenty days leave to amend. If plaintiff wishes to proceed with this action, plaintiff must file a complaint that clearly identifies the parties and the claims that plaintiff is making and the facts that support the claims.

    **IT IS SO ORDERED.**

Dated: May 6, 2008.

                                                  WILLIAM ALSUP
                                                  UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALINKA MOYE,<br><br>         Plaintiff,<br><br>   v.<br><br>LA DONNA REWA DUNCAN et al,<br><br>         Defendant.<br>_____/ | Case Number: CV08-02053 WHA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 7, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Malinka Moye
40. 42. Parson Street
San Francisco, CA 94118

Dated: May 7, 2008

Richard W. Wieking, Clerk
By: Dawn Toland, Deputy Clerk