

COURT:

Malinka Moye is <u>prohibited</u> by Restraining order from falsely using this building as his own address. HE <u>DOES NOT LIVE HERE</u>.

PLEASE DO <u>NOT</u> SEND Anything else to him at this address.

Thank you.