OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

MAY 12 2008



UNITED STATES POSTAGE
$ 00.41⁰
PITNEY BOWES
MAILED FROM ZIPCODE 94102
MAY 07 2008
02 1A
0004329882

Malinka Moye
40. 42. Parson Street
San Francisco, CA 94118

NIXIE      941    SE   1        30  05/10/08
           RETURN TO SENDER
           NOT DELIVERABLE AS ADDRESSED
           UNABLE TO FORWARD

BC: 9410234B999              *0240-10954-07-42

94118#4115 C008