**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALINKA MOYE, | No. C 08-02053 WHA |
| Plaintiff, | |
| v. | **ORDER DENYING MOTION TO REOPEN CASE** |
| LA DONNA REWA DUNCAN, | |
| Defendant. / | |

Plaintiff filed this lawsuit, along with several others, against various defendants. The lawsuit contained only incoherent claims and no facts whatsoever in support of those claims. The undersigned dismissed this case on that basis (Dkt. No. 8). Plaintiff has filed a motion to reopen the case. The motion, like the original complaint, is largely incoherent and contains no explanation whatsoever of the factual or legal basis for the motion. The motion is therefore **DENIED**.

**IT IS SO ORDERED.**

Dated: October 14, 2008

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE