United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALINKA MOYE,<br><br>    Plaintiff,<br><br>  v.<br><br>LA DONNA REWA DUNCAN,<br><br>    Defendant.<br>_____/ | No. C 08-02053 WHA<br><br>**ORDER RE PLAINTIFF'S FILINGS** |

    Plaintiff filed this lawsuit, along with several others, against various defendants. This lawsuit, and the one other before the undersigned, were unintelligible (*See* No. C. 08-02053). Plaintiff's complaint was subsequently dismissed (Dkt. No. 8). The Court denied a motion to reopen filed by plaintiff, which also was unintelligible (Dkt. No. 12). Plaintiff has now filed an application to proceed *in forma pauperis*. This filing is improper; the case is closed. The Court will not respond to additional improper filings in this lawsuit.

**IT IS SO ORDERED.**

Dated: October 20, 2008

                                                  WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE